DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorneys for Plaintiff
CRYSTAL TOBIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL TOBIN,<br><br>    Plaintiff,<br><br>v.<br><br>THE LINCOLN FINANCIAL NATIONAL LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>    Defendants. | Case No. 2:20-cv-02291-JAM-DMC<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: 11/17/2020 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff CRYSTAL TOBIN and Defendant THE LINCOLN FINANCIAL NATIONAL LIFE INSURANCE COMPANY reached a settlement of all claims and causes of action in this action. The Parties are in the process of concluding resolution. It is anticipated this will be completed within the next thirty (30) days.

DATED: April 20, 2021                      DAVID ALLEN & ASSOCIATES

                                                            */s/ David Allen*
                                                 By_____
                                                   DAVID ALLEN
                                                   Attorney for Plaintiff
                                                   CRYSTAL TOBIN