DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile
Email: dallen@davidallenlaw.com

*Attorneys for Plaintiff,*
*Crystal Tobin*

KIMBERLY M. INGRAM (SBN 305497)
BRADLEY ARANT BOULT
CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Phone: (615) 252-3592
Fax: (615) 252-6357
Email: kingram@bradley.com

*Attorneys for Defendant, The Lincoln*
*National Life Insurance Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL TOBIN,<br><br>           Plaintiff,<br><br>     v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>           Defendants. | Case No. 2:20-cv-02291-JAM-DMC<br><br>STIPULATION DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed:  11/17/2020 |

IT IS HEREBY STIPULATED by and between the Plaintiff, CRYSTAL TOBIN, and Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing. IT IS SO STIPULATED.

DATED:     April 22, 2021          DAVID ALLEN & ASSOCIATES

//s// David Allen

By_____
DAVID ALLEN
Attorney for Plaintiff,
CRYSTAL TOBIN

DATED:     April 22, 2021          BRADLEY ARANT BOULT CUMMINGS LLP

//s// Kimberly M. Ingram

By_____
KIMBERLY M. INGRAM
Attorney for Defendant,

THE LINCOLN NATIONAL

LIFE INSURANCE COMPANY

### [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, this matter is hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

IT IS ORDERED:

Dated:                    , 2021          _____